(137 So. 291)
### MUTUAL LIFE INS. CO. OF NEW YORK v. Sarah MADDOX, etc.
#### 6 Div. 801.

Supreme Court of Alabama.
Oct. 29, 1931.

Bradley, Baldwin, All & White, of Birmingham, and J. C. Milner, of Vernon, for appellant.

R. G. Redden and O. E. Young, both of Vernon, for appellee.

BOULDIN, J.

By agreement of parties this cause is to abide the result of the companion case of Mu-

---

tual Life Insurance Company of New York v. Nell Maddox, etc., ante, p. 503, 137 So. 290, this day decided.

Accordingly a new trial is here granted.

Reversed, rendered, and remanded.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.

---

(137 So. 291)
### MUTUAL LIFE INS. CO. OF NEW YORK v. Ruth MADDOX, etc.
#### 6 Div. 802.

Supreme Court of Alabama.
Oct. 29, 1931.

Bradley, Baldwin, All & White, of Birmingham, and J. C. Milner, of Vernon, for appellant.

R. G. Redden and O. E. Young, both of Vernon, for appellee.

BOULDIN, J.

By agreement of parties this cause is to abide the result in the companion case of Mutual Life Insurance Co. of New York v. Nell Maddox, etc., ante, p. 503, 137 So. 290, this day decided.

Accordingly a new trial is here granted.

Reversed, rendered, and remanded.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.